**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus PATINO–HERNANDEZ, aka Jesus Patina–Hernandez, Defendant—Appellant.**

No. 01–10521.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Christina M. Cabanillas, Julia Soto, USTU–Office of the U.S. Attorney, Evo A. DeConcini Tucson, AZ, for Plaintiff–Appellee.

Eugene Marquez, Eugene Marquez, P.L.C., Tempe, AZ, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

## MEMORANDUM **

Jesus Patino–Hernandez appeals his guilty-plea conviction and 51–month sentence for one count of unlawful reentry into the United States by a previously deported alien, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Patino–Hernandez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Patino–Hernandez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See*